CELIA NESS et al., Appellants, v. HOPKINS SERVICE COMPANY, INC., et al., Respondents.— In an action by plaintiff Celia Ness to recover damages for personal injuries and by her husband for loss of services and for medical expenses, plaintiffs appeal from a judgment dismissing the complaint on the

merits, after trial before an Official Referee. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.